DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN AFEN BRISTOL, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0937

_____

June 28, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender and Sharon Vollrath, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.